1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Kenneth Milligan,                    )    Case No. CV 11-01492-ODW(Ex)
                                     )
                  Plaintiff,         )    **ORDER OF DISMISSAL**
                                     )
        v.                           )
                                     )
                                     )
                                     )
                                     )
The City of Los Angeles et al.,      )
                                     )
                  Defendants.        )
_____      )

        THE COURT ORDERS that this action be, and hereby is, dismissed without

prejudice for lack of prosecution.

        The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: May 23, 2012

                                          OTIS D. WRIGHT, II
                                          United States District Judge