JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Kenneth Milligan, | ) | Case No. CV 11-01492-ODW(Ex) |
|---|---|---|
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| v. | ) | |
| | ) | |
| | ) | |
| | ) | |
| The City of Los Angeles et al., | ) | |
| Defendants. | ) | |

THE COURT ORDERS that this action be, and hereby is, dismissed without prejudice for lack of prosecution.

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: May 23, 2012

OTIS D. WRIGHT, II
United States District Judge